UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

TCF Financial Corporation,

Plaintiff,

v.

Blue Cross Blue Shield of Minnesota,

Defendant.

---

Case No. 01-561 PAM/JGL

**ORDER**

Based upon the record and proceedings in this matter, and upon the agreement of counsel, the time in which defendant Blue Cross Blue Shield of Minnesota may respond to the Complaint is extended until May 7, 2001.

Dated this 23 day of April, 2001.

BY THE COURT:

JONATHAN LEBEDOFF
UNITED STATES MAGISTRATE JUDGE

APR 23 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1464762.1