**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**TCF Financial Corporation, on its own behalf and on behalf of the TCF Medical Plan,**

**Plaintiffs,**

**v.**

**Blue Cross and Blue Shield of Minnesota,**

**Defendant.**

**Civil 01-561 PAM/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: May 9, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

MAY 09 2001
FILED ____________
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

(7)

TCF v Bluc Cross Civil 01-561

Magistrate Judge Lebedoff is now the Magistrate on this case.