UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------------------

TCF Financial Corporation,
on its own behalf and on behalf
of the TCF Medical Plan,

Plaintiff,

vs.

BCBSM, Inc., doing business as
Blue Cross and Blue Shield of
Minnesota,

Defendant.

---------------------------------------------

Civil No. 01-CV-561 (JEL/JGL)

**STIPULATION AND ORDER TO DISMISS**

STIPULATION

The above-entitled parties, through their undersigned counsel, hereby stipulate and agree as follows:

Pursuant to the Settlement and Mutual Release (the "Agreement") entered into by the parties to the above-captioned matter Plaintiff TCF Financial Corporation, on its own behalf and on behalf of the TCF Medical Plan (together "TCF"), and Defendant BCBSM, Inc., doing business as Blue Cross and Blue Shield of Minnesota ("BCBSM") hereby stipulate to the entry of the following order in the above-captioned action.

AUG 27 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

Dated: ~~July~~ August 20, 2002

KELLY & BERENS, P.A.

Timothy D. Kelly (Atty I.D. No. 54926)
Ann Claire Hoffman, (Atty I.D. No. 308493)
Jennifer M. Waterworth (Atty I.D. No. 309291)
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171

ATTORNEYS FOR PLAINTIFF
TCF FINANCIAL CORPORATION

Dated: ~~July~~ August 20, 2002

ROBINS, KAPLAN, MILLER & CIRESI

James R. Safley (Atty I.D. No. 95151)
Joel A. Mintzer (Atty I.D. No. 224169)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR DEFENDANT
BCBSM, INC., d/b/a BLUE CROSS AND BLUE SHIELD OF MINNESOTA

## ORDER

Based on the Stipulation and Order to Dismiss signed by the above parties, it is hereby ordered that, in the above-captioned matter:

1. All claims relating to (a) Blue Cross's conduct during the 1999 KMPG audit; (b) provider settlements reviewed as part of the audit; and (c) performance guarantees and alleged claim payment errors for TCF and those TCF Employee and dependant populations covered in the Draft Audit, are dismissed *with prejudice*;

2. All other claims are dismissed *without prejudice*;

3. This action shall be, and hereby is, dismissed without costs or disbursements to any party.

Dated: August 27, 2002

The Honorable Joan E. Lancaster
United States District Court Judge